# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141168(45)


RICHARD LOWEKE and SHERRI LOWEKE,
　　　　　Plaintiffs-Appellants,

v

ANN ARBOR CEILING & PARTITION
COMPANY, INC.,
　　　　　Defendant-Appellee.

_____

SC: 141168
COA: 289451
Wayne CC: 08-115935-NO


　　　　On order of the Chief Justice, the motion by defendant-appellee for extension to January 26, 2011 of the time for filing its brief is considered and it is granted.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011 _____

_____
Clerk